## United States District Court — Violation Notice

**CVB Location Code:** EV12

| Field | Value |
|---|---|
| Violation Number | 4842788 |
| Officer Name (Print) | Lively |
| Officer No. | 513 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | |
|---|---|---|
| 27 Jan 2015 1145 | 32 CFR 634.25(F) / VSC 46.2-830 | |

**Place of Offense:** 6th St / Gunston Rd

**Offense Description; Factual Basis for Charge:** Disregarding Authorized Road Sign

HAZMAT ☐

**DEFENDANT INFORMATION**

- Last Name: Pitkin
- First Name: Barry
- M.I.: E

**Vehicle:**

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8519 BAC | VA | 15 | Ford | ☐ | Bro |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 90 Forfeiture Amount
- + $25 Processing Fee
- PAY THIS AMOUNT → $ 115 Total Collateral Due

**YOUR COURT DATE**

- Court Address: 401 Courthouse Square, Alexandria, Va
- Date: 7 Apr 2015
- Time: 0900

X Defendant Signature: [signed]

(Rev. 01/2011)   Original   CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 January, 2015 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed a While I was stationary facing North at Jackson Loop, I observed a brown Ford Truck VA/8519BAC exiting 6th St and executed a left turn onto Gunston Rd travelling east. I initiated a Traffic stop. Citation was issued.

- Driver asked why there are 4 signs posted for no left turn.
- Didn't give SSN
- Failed to show Valid Registration

The foregoing statement is based upon:

- ☒ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/27/2015   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident